**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 25-mj-284** |
| | : | |
| **MARVIN ALLEN VERTER JR,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 922(g)(1)** |
| **Defendants.** | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | |
| | : | **21 U.S.C. §§ 841(a)(1) and (b)(1)(D)** |
| | : | **(Possession with Intent to Distribute** |
| | : | **Marijuana)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and** |
| | : | **28 U.S.C. § 2461(c)** |

---

## INFORMATION

The United States charges:

## COUNT ONE

On or about December 16, 2025, within the District of Columbia, **MARVIN ALLEN VERTER JR**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Case Number 2011-CF1-012118, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 27 .40 caliber handgun, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about December 16, 2025, within the District of Columbia, **MARVIN ALLEN VERTER JR**, knowingly and intentionally possessed with intent to distribute Marijuana.

(**Possession with Intent to Distribute Marijuana**, in violation of Title 18, United States Code, Section 21 U.S.C. §§ 841(a)(1) and (b)(1)(D))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Counts One and Two of this Information, the Defendant **MARVIN ALLEN VERTER JR** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

2. Upon conviction of the offense alleged in Counts One and Two of this Information, the defendant **MARVIN ALLEN VERTER JR** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Respectfully Submitted,

JEANINE F. PIRRO
United States Attorney

By: /s/ *David B. Liss*
David B. Liss
Assistant United States Attorney
D.C. Bar No. 90017629
601 D Street NW
Washington, DC 20530
(202) 680-4025
David.Liss2@usdoj.gov